Perry J. Woodward, Esq. (State Bar No. 183876)
Eric Boustani, Esq. (State Bar No. 184883)
Mark W. Good (State Bar No. 218809)
TERRA LAW LLP
60 South Market Street, Suite 200
San Jose, California 95113
(408) 299-1200

Attorneys for Plaintiff Scitec, Inc.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCITEC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TELEDEX LLC, <br><br> Defendant. | Civil Action No. C-05-00216-JW-PVT <br><br> **STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT** |

1138152.1                                              1
**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT**

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff and defendant in the above-entitled action, through their respective counsel, that plaintiff be permitted to file the attached Amended Complaint herein.

IT IS HEREBY FURTHER STIPULATED that defendant shall be permitted 15 additional interrogatories and shall have 21 days from service in which to file a pleading responsive to the amended complaint.

IT IS HEREBY FURTHER STIPULATED that the filing of this amended complaint does not and will not be used in any way to impair Defendant's assertion of confidentiality regarding the Teledex Presentation or constitute any waiver of that assertion.

Dated: October 7, 2005        HOPKINS & CARLEY

By: _____
Jay M. Ross
Attorneys for Defendant

Dated: October 17, 2005       TERRA LAW LLP

By: _____
Perry J. Woodward
Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

10/17/05
Dated: ~~August~~ ___, 2005

_____
James Ware
United States District Judge

1138152.1                                    2
**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT**